

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,610-01

### EX PARTE LEONARD WAFER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 31,328-CR IN THE 13TH DISTRICT COURT
### FROM NAVARRO COUNTY

YEARY, J., filed a concurring opinion in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___

S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I

join in the Court's disposition of this case.

FILED: June 29, 2016
DO NOT PUBLISH